■ In the Matter of JOSE MOYA, Appellant, v EDWARD HAMMOCK, as Chairman of the New York State Division of Parole, et al., Respondents. — Judgment unanimously affirmed (see *Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69). (Appeal from judgment of Supreme Court, Cayuga County, Corning, J. — art 78.) Present — Simons, J. P., Hancock, Jr., Callahan, Boomer and Moule, JJ.